JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE ANTIONETT GARCIA and EDITH URIBE; on behalf of themselves, all others similarly situated, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL FINANCIAL MANAGEMENT CORPORATION, an Indiana Corporation doing business in the State of California,<br><br>Defendants. | Case No. EDCV 09-01916 DMG (OPx)<br><br>**CLASS ACTION [FRCP 23]**<br><br>**FINAL JUDGMENT AND DISMISSAL OF CASE** |

PURSUANT TO THE ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT FILED ON SEPTEMBER 13, 2011, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The parties' Joint Stipulation Of Settlement And Release (the "Settlement Agreement") and shall be incorporated into this Judgment as though all terms therein are set forth in full.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

2. All claims asserted in the First Amended Complaint by the Named Plaintiffs and the Settlement Classes shall be and hereby are dismissed with prejudice. All Class Members (except Jessica Adams) who did not timely opt out from the Settlement are permanently enjoined from pursuing, or seeking to reopen, any of the Settled Claims, as defined in the Settlement Agreement.

3. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of supervising, administering, implementing, enforcing, and interpreting the Settlement Agreement and the Final Approval Order.

**IT IS SO ORDERED.**

Dated: October 4, 2011

**DOLLY M. GEE**
**UNITED STATES DISTRICT JUDGE**